Michael Rapkine (#222811)
mrapkine@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILIA C. REYES,<br><br>             Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE, LLC; and DOES 1 – 100,<br><br>             Defendants. | Case No. 3:15-CV-02983-EMC<br><br>[Assigned to the Hon. Edward M. Chen]<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE THE MOTION TO DISMISS HEARING AND OTHER CASE HEARINGS AND DEADLINES** |

TO THE HONORABLE EDWARD M. CHEN AND THE CLERK OF THE COURT:

Notice is hereby given that plaintiff Emilia C. Reyes and defendant Wells Fargo Bank, N.A. have reached a settlement in the above-captioned action. A settlement agreement will be executed shortly and upon plaintiff's receipt of the settlement proceeds, plaintiff and Wells Fargo shall file a joint stipulation and proposed order dismissing the case pursuant to FRCP 41(a).

1   Defendant Cal-Western Reconveyance, LLC ("Cal-Western") need not participate in the settlement, for as Wells Fargo's foreclosure trustee, Cal-Western is simply the bank's ministerial agent.

In light of the settlement, the parties respectfully request that all hearing dates and deadlines be taken off calendar.  This includes the motion to dismiss hearing presently on calendar for August 27, 2015, as well as the initial Case Management Conference set for October 8, 2015.

Respectfully submitted,

Dated:  August 20, 2015       ANGLIN, FLEWELLING, RASMUSSEN,
                                                        CAMPBELL & TRYTTEN LLP


By:   /s/ Michael Rapkine
         Michael Rapkine
         mrapkine@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A.

```
IT IS SO ORDERED that the 8/27/15 motion to dismiss is vacated.  The 10/8/15
9:30 a.m. CMC remains set. The CMC will be vacated once the stipulation for
dismissal is filed.  A joint CMC Statement shall be filed by 10/1/15.
_____
Edward M. Chen
U.S. District Judge
```



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE THE MOTION TO DISMISS HEARING AND OTHER CASE HEARINGS AND DEADLINES**

on the interested parties in said case as follows:

**Served By Means Other than Electronically Via the Court's CM/ECF System**

| **Plaintiff, Pro Se** | **Plaintiff, Pro Se (Courtesy Copy)** |
|---|---|
| Emilia Reyes<br>1551 Southgate Avenue, #209<br>Daly City, CA  94015<br>Tel: 626.869.6292 | Emilia Reyes<br>1580 Southgate Avenue, #304<br>Daly City, CA 94015<br>Tel: 323.844.0834 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **August 20, 2015**.

|  Barbara Cruz  | */s/ Barbara Cruz* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |