UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILIA C. REYES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE, LLC; and DOES 1 - 100,<br><br>　　　　　　Defendants. | Case No.  3:15-CV-02983-EMC<br><br>[Assigned to the Hon. Edward M. Chen]<br><br>**ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    Having considered defendant Wells Fargo's unilateral status report, all pleadings on file
2 with the Court, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND
3 DECREED:
4    The initial Case Management Conference is CONTINUED to December 10, 2015 at
5 9:30 a.m. in Courtroom F of the above-entitled Court, located at 450 Golden Gate Avenue, San
6 Francisco, California.
7    If the parties are unable to finalize their settlement and file a stipulated dismissal by late
8 November, the parties are required to file a joint status report with the Court at least seven (7)
9 calendar days prior to the Case Management Conference.

13 DATED: 10/5 , 2015

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE