UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIA C. REYES<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 15-cv-02983-EMC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: May 27, 2016<br>Mediator: Howard Herman |

IT IS HEREBY ORDERED that the request to excuse defendant Well Fargo Bank's Loan Administration Manager, Robert Ferguson, from appearing in person at the May 27, 2016, mediation before Howard Herman is GRANTED.  Mr. Ferguson shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: May 25, 2016

Maria-Elena James
United States Magistrate Judge