UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIA C. REYES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-02983-EMC<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Emilia C. Reyes initiated this foreclosure-related action against, *inter alia*, Defendant Wells Fargo Bank, N.A. ("Wells") in state court. After the case was removed, Wells moved to dismiss. *See* Docket No. 39 (motion). Ms. Reyes has failed to file an opposition to the motion, within the timeframe mandated by the Civil Local Rules. Nor is there any other indication that Ms. Reyes intends to continue with prosecution of this case.

　　　　Accordingly, the Court hereby **VACATES** the hearing on Wells's motion to dismiss (set for July 21, 2016) and orders Ms. Reyes to show cause as to why her case should not be dismissed, with prejudice, for failure to oppose the motion to dismiss and/or failure to prosecute. Ms. Reyes has until July 22, 2016 to file a response to this order to show cause. In her response, Ms. Reyes must explain why she failed to file an opposition and further explain why Wells's

///
///
///
///
///
///

motion to dismiss lacks merit.  The Court forewarns Ms. Reyes that, if she fails to respond to this order to show cause within the timeframe specified by this order, then the Court shall direct the Clerk of the Court to dismiss her case with prejudice and the case will be closed.

**IT IS SO ORDERED**.

Dated: June 22, 2016

_____
EDWARD M. CHEN
United States District Judge

2