UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIA C. REYES,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 15-cv-02983-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 42 |

     Plaintiff Emilia C. Reyes, proceeding pro se, has filed a foreclosure-related action against Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance, LLC ("CWR"). She initiated the suit in state court; Wells Fargo removed to this Court on the basis of diversity jurisdiction, contending, *inter alia*, that CWR's citizenship should be ignored because it had been fraudulently joined.

     Wells Fargo moved to dismiss the case, but subsequently the parties appeared to reach a settlement and thus the motion was vacated. *See* Docket No. 22 (order). The settlement, however, was never finalized – apparently because Ms. Reyes failed to respond to Wells Fargo. *See* Docket No. 29 (civil minutes). At a case management conference in December 2015, Ms. Reyes failed to make an appearance. The Court instructed Wells Fargo to continue to try to make contact with Ms. Reyes and set a further case management conference for February 2016. The Court noted that, if Ms. Reyes did not appear for the February 2016 case management conference, then it would issue an order to show cause as to why the case should not be dismissed. *See* Docket No. 29 (civil minutes).

     In February 2016, the Court held the further case management conference, for which Ms. Reyes did make an appearance. At the conference, the Court referred the case to mediation and

1  noted that Wells Fargo could re-notice its motion to dismiss if no settlement was reached. *See*
2  Docket No. 32 (civil minutes).

3      The case did not settle at mediation. *See* Docket No. 37 (certification). Thus, Wells Fargo
4  filed its motion to dismiss. *See* Docket No. 39 (motion). After Ms. Reyes failed to file an
5  opposition to the motion to dismiss, the Court issued an order instructing Ms. Reyes to show cause
6  as to why her case should not be dismissed, with prejudice, for failure to oppose the motion to
7  dismiss and/or for failure to prosecute. *See* Docket No. 42 (order). The order to show cause was
8  mailed to Ms. Reyes but was returned to the Court as undeliverable.[1] *See* Docket No. 45 (returned
9  mail). Court staff reached out to Ms. Reyes by telephone but Ms. Reyes did not respond.

10      Taking into account the above circumstances, the Court hereby rules as follows. The
11  Court shall give Ms. Reyes one final opportunity to show cause as to why her claims against Wells
12  Fargo should not be dismissed for failure to oppose Wells Fargo's motion to dismiss and/or failure
13  to prosecute. In her response, Ms. Reyes must also address the merits of Wells Fargo's motion to
14  dismiss.

15      The Court notes that, aside from Wells Fargo, there is another defendant in this case, *i.e.*,
16  CWR. CWR has not made an appearance in this case as of yet. It is not clear from the record
17  whether Ms. Reyes has served CWR (who, as noted above, Wells Fargo argues was fraudulently
18  joined). The Court further orders Ms. Reyes to show cause as to why her claims against CWR
19  should not be dismissed based on fraudulent joinder and/or failure to prosecute.

20      Ms. Reyes's response to this order to show cause shall be filed by **September 7, 2016**. **If**
21  **Ms. Reyes fails to file a response to this order to show cause by September 7, then the Court**
22  **shall automatically dismiss her case with prejudice.**
23  ///
24  ///
25  ///
26  ///

---

[1] It is not clear why the order was returned as undeliverable when other filings have been mailed successfully.

2

The Clerk of the Court is instructed to serve a copy of this order on Ms. Reyes by mail at the address she has provided. The case management conference set for September 1, 2016, is hereby **VACATED**. The conference shall be rescheduled, as necessary, following Ms. Reyes's response to the order to show cause.

**IT IS SO ORDERED**.

Dated: August 17, 2016

_____
EDWARD M. CHEN
United States District Judge

3